IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

AMANDA L. WEINRICH                                                          PLAINTIFF

VS.                                                                         No. 1:19-CV-105-SA-DAS

MATTHEW P. DONOVAN[1], ACTING SECRETARY
OF THE DEPARTMENT OF THE
UNITED STATES AIR FORCE                                                     DEFENDANT

## AGREED ORDER DISMISSING ACTION
## BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

**IT IS HEREBY ORDERED** that this action be dismissed without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 17th day of October, 2019.

_____                    _____
John W. Nisbett                                    UNITED STATES DISTRICT COURT JUDGE
Heilman Law Group, P.A.                            NORTHERN DISTRICT OF MISSISSIPPI
Attorney for Plaintiff

_____
Ava N. Jackson
Assistant U.S. Attorney
Northern District of Mississippi

---

[1] Matthew P. Donovan replaced Heather Wilson as the (Acting) Secretary of the Air Force on June 1, 2019.